STATE v. MORGAN, from Wake:

The solicitor has the right, by leave of court, to enter a *nol. pros.*, after a general verdict of guilty, to one of the counts in an indictment for larceny and receiving, &c.   *State* v. *Jones*, 82 N. C., cited and approved.

BELL v. R. R. Co., from Halifax:

The counsel for appellant abandoned the exceptions, conceding that they could not be sustained.   Judgment of the court below affirmed.

STATE v. BAILEY, from Mitchell:

Proceeding in bastardy.   The questions raised on the trial are governed by the decision in *State* v. *Rogers*, 79 N. C., 609, and *State* v. *Crouse*, 86 N. C., 617.   Judgment of the court below affirmed.